**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-50469 |
| Plaintiff - Appellee, | D.C. No. 3:11-cr-01757-JAH |
| v. | |
| SAUL RIVAS-MENESES, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
John A. Houston, District Judge, Presiding

Submitted June 26, 2012[**]

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Saul Rivas-Meneses appeals from the 40-month sentence imposed following

his guilty-plea conviction for attempted entry after deportation, in violation of 8

U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Rivas-Meneses contends that the district court erred in failing to grant his request for a third-level reduction under U.S.S.G. § 3E1.1(b) because his refusal to waive his right to appeal was an improper basis for the government to refuse to move for the reduction. This argument is foreclosed by *United States v. Johnson*, 581 F.3d 994, 1002-04 (9th Cir. 2009). We decline Rivas-Meneses's request that we call for en banc review to reconsider *Johnson*.

Rivas-Meneses's unopposed motion for judicial notice, filed March 16, 2012, is granted.

**AFFIRMED.**